DOUGLAS GRANILLO, Respondent, v DONNA KAREN Co., Defendant and Third-Party Plaintiff, and RICHTER & RATNER CONTRACTING CORP. et al., Defendants and Third-Party Plaintiffs-Appellants. ALL CITY INTERIOR CONTRACTING, INC., Third-Party Defendant-Respondent.

Submitted September 19, 2005; decided November 22, 2005

Motion, insofar as it seeks leave to appeal as against Douglas Granillo, dismissed upon the ground that as to that party the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of MADISON SQUARE GARDEN, L.P., Appellant, v NEW YORK METROPOLITAN TRANSPORTATION AUTHORITY et al., Respondents.

In the Matter of WALTER MANKOFF et al., Appellants, et al., Petitioners, v NEW YORK METROPOLITAN TRANSPORTATION AUTHORITY, Respondent.

Submitted October 11, 2005; decided November 22, 2005

Motion to dismiss the appeal herein granted and appeal dismissed as moot.

Chief Judge KAYE and Judge READ taking no part.

NICK PAVLOU et al., Appellants, v CITY OF NEW YORK, Respondent and Third-Party Plaintiff, et al., Defendant and Third-Party Plaintiff. FELIX INDUSTRIES, INC., Third-Party Defendant-Respondent. (And Another Action.)

Submitted October 31, 2005; decided November 22, 2005

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the two-Justice dissent is not on a question of law (CPLR 5601 [a]).